IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS J. SELLERS,

Defendant.                                                  No. 07-30136-DRH

ORDER

**HERNDON, Chief Judge:**

On June 9, 2010, the Court held a hearing regarding Defendant Sellers' motion to appoint new counsel (Doc. 477). At that hearing, Sellers' appointed counsel agreed that there had indeed been a breakdown in his relationship with Sellers and that a new counsel should be appointed for Sellers. The Court granted Defendant's motion to appoint new counsel (Doc. 477) and withdrew attorney Robert Herman as his attorney. The Court directed the appointment of a CJA counsel to represent Defendant Sellers. The Court now **APPOINTS** attorney **Rodney H. Holmes** as CJA counsel to represent Defendant Sellers in this matter. Attorney Robert Herman is hereby **WITHDRAWN** as attorney for Defendant Sellers.

**IT IS SO ORDERED.**

Signed this 9th day of June, 2010.

/s/ David R. Herndon
**Chief Judge**
**United States District Court**